# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### CHARLESTON DIVISION

IN RE: ETHICON, INC.,
    PELVIC REPAIR SYSTEM                         MDL NO. 2327
    PRODUCTS LIABILITY LITIGATION

---

THIS DOCUMENT RELATES TO

JEANNE SUTTER,

        Plaintiff,

v.                                    Civil Action No. 2:15-cv-02754

ETHICON, INC., and
JOHSNON & JOHNSON,

        Defendants.

## MEMORANDUM OPINION AND ORDER

Plaintiff, Jeanne Sutter's counsel filed this civil action on March 9, 2015 [ECF No. 1]. On November 15, 2018, plaintiff's counsel filed a Suggestion of Death noting the death of plaintiff Jeanne Sutter on or about November 21, 2013. Because the plaintiff was deceased prior to the time this case was filed, she cannot bring a lawsuit in her own name. "[A] lawsuit filed in the name of a deceased individual is a nullity over which this Court has no jurisdiction." *In re Engle Cases,* No. 3:09-cv-1000-J-32JBT, 2013 WL 8115442, at *2 (M.D. Fla. Jan. 22, 2013). Accordingly, the court **ORDERS** that this case is **DISMISSED** without prejudice and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to file a copy of this Order and to send a copy of this Order to counsel and any unrepresented party.

                                              ENTER: February 26, 2020

                                              JOSEPH R. GOODWIN
                                              UNITED STATES DISTRICT JUDGE